# EXHIBIT A

US010018212B1

(12) **United States Patent**
Strange et al.

(10) **Patent No.:** **US 10,018,212 B1**
(45) **Date of Patent:** **Jul. 10, 2018**

(54) **BLIND BOLT AND TOOL COMBINATION**

(71) Applicant: **Allfasteners USA, LLC**, Medina, OH (US)

(72) Inventors: **Michael Strange**, Brook Park, OH (US); **Bruce A. Carmichael**, Bay Village, OH (US)

(73) Assignee: **Allfasteners USA, LLC**, Medina, OH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/957,934**

(22) Filed: **Dec. 3, 2015**

**Related U.S. Application Data**

(63) Continuation of application No. 14/734,271, filed on Jun. 9, 2015.

(60) Provisional application No. 62/102,920, filed on Jan. 13, 2015.

(51) **Int. Cl.**
*F16B 5/02* (2006.01)
*F16B 13/06* (2006.01)
(52) **U.S. Cl.**
CPC ................................. *F16B 13/063* (2013.01)
(58) **Field of Classification Search**
CPC ............. Y10T 29/5377; Y10T 29/5373; Y10T 29/53748; F16B 5/0208; F16B 21/04; F16B 13/063; F16B 41/002; F16B 13/066; F16B 5/02; B21J 15/105; B25B 13/48
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,838,134 A | 12/1931 | Cozzens | |
| 2,431,342 A | 11/1947 | Perkins | |
| 2,511,051 A | 6/1950 | Dzus | |
| 2,632,354 A | 3/1953 | Black | |
| 2,746,022 A | 5/1956 | Gilbert | |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 1878926 A1 | 1/2008 |
|---|---|---|
| WO | 0019113 A1 | 4/2000 |

OTHER PUBLICATIONS

SKF,Shims for Accurate Vertical Machinery Alignment, http://www.skf.com, Accessed Mar. 5, 2015.

(Continued)

*Primary Examiner* — Jacob Cigna
*Assistant Examiner* — Lee A Holly
(74) *Attorney, Agent, or Firm* — Luedeka Neely Group, P.C.

(57) **ABSTRACT**

A blind bolt and tool is used for fastening a bolt through a hole in a structure when only one side of the structure is accessible. A receiver is formed on the tip end of a bolt shaft opposite from a bolt head. Internal threads are formed within the receiver proximate an outward end, and a hex socket is formed in the inward end of the receiver. External threads and a guide are formed on a tip of the tool, and the external threads mate with the internal threads in the receiver to hold the bolt during installation. A hex key on one end of the tool engages the hex socket in the receiver so that the tool may impose a torque on the bolt when a nut is being tightened on the bolt. In another embodiment, a splined tip is formed on the end of the bolt. The tip is designed to shear off when a sufficient torque is applied. Also, a shim is configured to fit between structures held together by the blind bolt.

**6 Claims, 14 Drawing Sheets**



**US 10,018,212 B1**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,761,108 | A | | 8/1956 | Jackson et al. | |
| 3,129,630 | A | | 4/1964 | Wing et al. | |
| 3,400,627 | A | | 9/1968 | Raynovich, Jr. | |
| 3,594,876 | A | * | 7/1971 | Gunther | F16B 21/04 |
| | | | | | 411/555 |
| 3,789,705 | A | | 2/1974 | Naslund | |
| 4,022,099 | A | | 5/1977 | Ballantyne | |
| D246,346 | S | | 11/1977 | Strunk | |
| 4,315,708 | A | * | 2/1982 | Liebig | F16B 13/0833 |
| | | | | | 411/341 |
| 4,613,264 | A | * | 9/1986 | McIntyre | F16B 13/045 |
| | | | | | 411/42 |
| 4,637,764 | A | | 1/1987 | Imai | |
| 4,776,089 | A | | 10/1988 | Schoenwetter et al. | |
| 4,809,421 | A | | 3/1989 | Justice | |
| 4,836,062 | A | | 6/1989 | LaTorre | |
| 5,651,649 | A | | 7/1997 | Sadri et al. | |
| D423,909 | S | | 5/2000 | Hartin | |
| 6,058,671 | A | | 5/2000 | Strickland | |
| 6,247,883 | B1 | | 6/2001 | Monserratt | |
| 6,254,323 | B1 | | 7/2001 | Junkers | |
| 6,533,516 | B2 | | 3/2003 | Lemelin | |
| 7,108,568 | B2 | | 9/2006 | Jazowski et al. | |
| 7,137,329 | B1 | * | 11/2006 | Moser | B23D 47/12 |
| | | | | | 192/56.62 |
| 7,204,667 | B2 | | 4/2007 | Uno et al. | |
| 7,310,916 | B2 | | 12/2007 | Gorman | |
| 7,347,791 | B1 | | 3/2008 | Watkins et al. | |
| 7,373,709 | B2 | * | 5/2008 | Fernando | B25B 13/48 |
| | | | | | 29/243 |
| 7,905,069 | B1 | | 3/2011 | Lockwood | |
| 8,037,788 | B2 | | 10/2011 | Proper | |
| 8,137,042 | B2 | | 3/2012 | Severns | |
| 8,490,517 | B2 | | 7/2013 | MacArthur et al. | |
| 8,517,650 | B2 | | 8/2013 | Niklewicz et al. | |
| 8,555,481 | B2 | | 10/2013 | Porter et al. | |
| 2013/0156525 | A1 | * | 6/2013 | Gill | F16B 13/066 |
| | | | | | 411/32 |

OTHER PUBLICATIONS

Peel/plate GmbH, Vario-plate shim plates, http://www.peel-plate.com, Accessed Mar. 5, 2015.
Steel Shelving USA, 12 Gauge Shim for Floor Anchor Plate/Rousseau Spider Shelving, http://www.steelshelving-USA.com, Accessed Mar. 5, 2015.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3





**FIG. 7**



**FIG. 8**



**FIG. 9**



FIG. 11



FIG. 10



FIG. 13



FIG. 12



FIG. 15



FIG. 14



FIG. 17



FIG. 16



FIG. 19

FIG. 18



FIG. 21



FIG. 20



FIG. 22a                FIG. 22b



FIG. 23



**FIG. 24**



**FIG. 25**



**FIG. 26**



**FIG. 27**

US 10,018,212 B1

1

**BLIND BOLT AND TOOL COMBINATION**

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application claims priority to and makes reference to
U.S. non-provisional application Ser. No. 14/734,271, filed
Jun. 9, 2015, entitled Blind Bolt And Tool Combination,
invented by Michael Strange and Bruce Carmichael; and
U.S. provisional application 62/102,920, filed Jan. 13, 2015.
Each of the aforementioned applications is incorporated by
reference herein as if fully and completely copied into this
document.

FIELD

This invention relates to the field of fasteners and fastener
drive tools more particularly, this invention relates to blind
bolts and drive tools for torquing blind bolts.

CROSS REFERENCE TO RELATED
APPLICATIONS

This application claims priority to and makes reference to
the following applications: U.S. non-provisional application
Ser. No. 14/705,185, filed May 6, 2015, entitled Step Bolt
Connector Assembly, invented by Michael Strange and
Bruce A. Carmichael; U.S. non-provisional application Ser.
No. 14/727,000, filed Jun. 1, 2015; U.S. provisional appli-
cation 62/000,225, filed May 15, 2014; U.S. provisional
application 62/009,357, filed Jun. 9, 2014; U.S. provisional
application 62/069,797, filed Oct. 28, 2014; U.S. provisional
application 62/079,921, filed Nov. 14, 2014; and U.S. pro-
visional application 62/102,920, filed Jan. 13, 2015. Each of
the aforementioned applications is incorporated by reference
herein as if fully and completely copied into this document.

BACKGROUND

Large construction structures often need to be scaled for
various purposes. For example, large towers are often scaled
to change or improve equipment, modify or reinforce the
structure of the tower, and maintain the tower. In one
particular type of tower, the cell phone tower, new innova-
tions and increased demands have created a need to add
additional weight to the cell phone tower. Often, it is
necessary or desirable to reinforce the cell phone tower to
accommodate the additional weight. One technique for
reinforcement uses blind bolts. Typically, the blind bolt is
used for securing reinforcing the structure or to add addi-
tional equipment to the original tower. Of course blind bolts
may be used for a variety of different purposes on a variety
of different structures.

A blind bolt is inserted into a hole provided in the
structure and the far end of the bolt is secured within the
structure. Some blind bolts may have an expanding structure
on the far end of the bolt that will expand and prevent the
bolt from sliding back through the hole. The expanding
structure is a "bolt head" as that term is used herein. The
head of the blind bolt is inserted into a bore terminating at
an inaccessible area. A folded washer is inserted through the
hole in a folded orientation. On the other side of the hole, the
washer is unfolded and placed on the bolt. The washer will
then not pass through the hole in the structure and the bolt
head will not pass through the hole in the washer. Thus, the
far end of the blind bolt is secured within the structure. Once
the far end of the blind bolt is secured, a nut is placed on the

2

near end of the blind bolt and the nut is tightened to secure
the blind bolt to the structure. A tool may be provided for
holding the blind bolt as the nut is tightened.

While prior bolt and tool hardware has worked reasonably
well, a need exists for an easier, faster and more durable
blind bolt and tool combination.

SUMMARY

An improved blind bolt and tool combination is light-
weight, fast and simple to use, and is durable. It is particu-
larly useful for applying equipment and support structure to
a cell tower in demanding environments.

In accordance with one embodiment of the present inven-
tion, a blind bolt and tool is used for fastening a bolt through
a hole in a structure when only one side of the structure is
accessible. A blind bolt is provided with a bolt head mounted
on a bolt shaft, which extends from the bolt head to a tip end
of the shaft. Bolt threads are formed on the bolt shaft and a
receiver is formed on the tip end of the bolt shaft opposite
from the bolt head. The receiver includes an outward end
disposed proximate to the tip end of the bolt shaft. It also
includes an inward end disposed within the bolt shaft toward
the bolt head from the tip end. In addition, the blind bolt also
includes internal receiver threads formed proximate the
outward end of the receiver; a driven structure formed in the
inward end of the receiver, and a plurality of splines formed
on an outer surface of the tip end. These splines are
configured to engage with an inner socket of a tension
control wrench. Further the tip end of the bolt shaft is
configured to shear away from the bolt when a predeter-
mined amount of torque is applied to the plurality of splines
on the tip end.

In accordance with another aspect of the invention, a tool
is particularly designed for holding the bolt while it is
inserted through a hole in the structure and for holding the
bolt while a nut is being tightened on the bolt. The tool also
applies a torque to the bolt in a direction opposite to the
rotation of the nut on the bolt.

The tool includes an elongate body having a forward end
and a rearward end. A tip is formed on the forward end of
the elongate tool body, and external threads are formed on
the tip dimensioned to mate with the internal threads formed
in the receiver. The external threads are disposed on the
rearward end of the tip, which is the end proximate the
forward end of the elongate tool body. A key is disposed on
the rearward end of the elongate tool body and is dimen-
sioned and configured to fit within the receiver. A drive
surface is formed on the key configured to mate with and
engage the driven structure in the receiver. The drive surface
and the driven structure interact so that the tool may impose
a torque on the bolt through the driven surface of the
receiver. In one embodiment, the driven structure is a
hexagon shaped socket and the key is a hexagon shaped key
dimensioned to mate with the socket. It will be understood
that the key and socket may be other polygon shapes or other
shapes so long as the shapes allow a torque to be applied to
the bolt by the key.

In one embodiment the key includes an elongate mount-
ing shaft that is mounted in the center of the elongate tool
body. When the key extends out of the tool body, a bend is
provided in the key and a polygon shaped tip extends from
the end of the bend. Thus, the polygon shaped tip is disposed
obliquely with respect to the elongate shape of the body. For
example, the polygon shaped tip may be disposed in a
direction substantially perpendicular to the elongate shape of

US 10,018,212 B1

3

the body. Thus, the length of the body can be used as a lever to apply torque through the receiver to the bolt.

To facilitate the operation of the tool, a guide is formed on the end of the tip. The guide is dimensioned to slide through the internal threads within the receiver. The guide then engages the driven structure within the inner end of the receiver. Thus, the guide aligns the tool with the bolt before the outer threads on the tip engage the inner threads within the receiver. The guide positions the tool so that it easily threads the tip into the receiver without cross threading. The threads on the receiver and the tip are positioned and dimensioned such that the bolt is very quickly mounted on the tool. Once the threads engage, the bolt is fully tightened on the tool by a small rotation of the tool relative to the bolt, preferably less than one full rotation. For example, the bolt may be tightened with a relative rotation of only 180°, one half of a full rotation.

In operation, the tool and bolt are used by first mounting the bolt on the tool. The guide is inserted into the receiver and then the bolt is rotated relative to the tool for approximately 180° to thereby tighten and secure the bolt to the tool. The far end of the bolt is then inserted through a hole in a structure while the bolt is still held by the tip of the tool. Once the bolt is properly positioned within the hole and the far end of the bolt is secured, a washer and a nut are placed on the near end of the bolt. For example, the washer and the nut may have been placed on the tool prior to mounting the bolt on the tool. Then, when the bolt is in place the washer slides onto the bolt followed by the nut that is moved from the tool until it engages the bolt. The nut is then threaded onto the bolt while the tip continues to hold the bolt. At some point, the nut begins to tighten on the bolt and will tend to rotate the bolt in a direction that will unscrew the tool tip from the receiver. At such point, the user will unscrew the tip of the tool from the receiver and then insert the key into the receiver. The key is made of a hardened material that is durable and strong. In one embodiment, the key is disposed at an angle of 90° with respect to the length of the tool and is disposed on one end of the tool. Thus, when the key is inserted into the receiver, the entire length of the tool may be used as a lever to apply torque to the bolt through the key and receiver. Using the tool to hold the bolt, the user applies a wrench to the nut and applies a torque in an opposite direction to the torque applied by the tool. After a desired level of torque is applied to the nut, the tool is removed by simply sliding the key out of the socket.

In another aspect, the present disclosure provides a blind bolt assembly for fastening a blind bolt in a hole in a structure, wherein only one side of the structure is accessible. According to one embodiment, the blind bolt assembly includes a blind bolt, a foldable split washer, a shear sleeve, a spring, at least one non-folding washer, and a nut. The blind bolt, in turn, includes at least a bolt head, a bolt shaft extending from the bolt head to a tip end of the shaft, bolt threads formed on the bolt shaft, and a receiver formed in the tip end of the bolt shaft—the receiver having an outward end disposed proximate to the tip end of the bolt shaft and having an inward end disposed within the bolt shaft toward the bolt head from the tip end. In addition, the blind bolt also includes receiver threads formed proximate the outward end of the receiver; and a driven structure formed in the inward end of the receiver.

The foldable split washer, the shear sleeve, the spring, and the at least one non-folding washer are each coaxially disposed about the bolt shaft. The nut is threaded onto the bolt shaft. When the blind bolt assembly is attached to the structure, the bolt extends through a hole in the structure.

4

The bolt head and the foldable split washer are disposed on an inaccessible side of the structure. At least a portion of the shear sleeve and the spring are disposed within the hole in the structure. Finally, the nut and the at least one non-folding washer are disposed on an accessible side of the structure.

In certain embodiments of the blind bolt assembly, the at least one non-folding washer preferably includes a flat washer, a direct tension indicator washer, and a lock washer.

In certain embodiments of the blind bolt assembly, the shear sleeve preferably includes a spring retainer formed on one end of the shear sleeve. An end of the spring is fastened to the shear sleeve by the spring retainer.

In certain embodiments of the blind bolt assembly, the foldable split washer includes first and second semicircular half washers, and each half washer has first and second ends. The foldable split washer also includes a flexible foldable membrane securing the two first ends together and securing the two second ends together thereby forming the foldable split washer.

In certain embodiments of the blind bolt assembly, the aforementioned blind bolt also includes a plurality of splines formed on an outer surface of the tip end. These splines are configured to engage with an inner socket of a tension control wrench. Further the tip end of the bolt shaft is configured to shear away from the bolt when a predetermined amount of torque is applied to the plurality of splines on the tip end.

In accordance with another aspect, the present disclosure provides a shim positioned between a reinforcing plate held to a pole by blind bolts. The shims ensure that the plate remains relatively straight even if the pole has variations in its surface configuration. The shim includes a breakaway tab that is held by the user to insert the shim into place. In addition, the shim includes a slot that is dimensioned to encompass and surround the blind bolt once the shim is inserted fully into position behind the plate.

BRIEF DESCRIPTION OF THE DRAWINGS

Further advantages of the invention are apparent by reference to the detailed description when considered in conjunction with the figures, which are not to scale so as to more clearly show the details, wherein like reference numbers indicate like elements throughout the several views, and wherein:

FIG. 1 is a side perspective view of a tool used to hold and mount a blind bolt;

FIG. 2 is a perspective enlarged detailed view of the forward end of the tool;

FIG. 3 is a cross-sectional view of the forward end of the tool;

FIG. 4 is an end view of a bolt head;

FIG. 5 is a side view of a blind bolt having a receiver formed in the tip of the bolt;

FIG. 6 is an end view of the tip of the bolt showing the receiver, the bolt and the bolt head;

FIG. 7 is a side perspective view of a shear sleeve configured for use in connection with a blind bolt;

FIG. 8 is a side perspective view of a shear sleeve located on a blind bolt;

FIG. 9 is a cross-sectional view of blind bolt and shear sleeve in combination inserted into a structure having adjacent plates;

FIGS. 10-19 illustrate the process of installing a blind bolt having a shear sleeve into a structure having adjacent plates;

US 10,018,212 B1

5

FIGS. **20** & **21** are side perspective views of a blind bolt having splines adapted for use with a tension control wrench according to one embodiment of the present disclosure;

FIG. **22***a* is an isometric drawing of a cell tower pole with a reinforcement plate being installed on the pole using a shim;

FIG. **22***b* is a side elevation view of a cell tower pole with a reinforcement plate being installed on the pole using a shim;

FIG. **23** is a somewhat diagrammatic cross-sectional view of a cell tower pole with a reinforcement plate mounted thereon using a blind bolt and a shim; and

FIGS. **24-27** are front perspective views of a reinforcement plate being mounted on a cell tower pole with a shim being inserted between the plate and the pole such that the shim will surround a blind bolt.

DETAILED DESCRIPTION

Referring now to FIG. **1**, a perspective view of the tool **10** is shown. It is used to mount the blind bolt **40** shown in FIGS. **4-6**. A perspective enlarged view of one end of the tool is shown in FIG. **2** and a cross-sectional view taken through line C-C is shown in FIG. **3**. Referring collectively to FIGS. **1-3**, the tool **10** includes a guide **12** formed on the forward end of the tool. The guide **12** includes a rounded point **34** and both of these elements will help guide the tool **10** into a receiver of the blind bolt **40**.

Toward the base end of the guide **12** and adjacent the forward end **16** of the tool **10**, threads **14** are disposed on the guide and are used to the secure the bolt to the tool as well be described hereinafter. The forward end **16** of the tool **10** is cylindrical in shape and is dimensioned smaller than the threads of the blind bolt **40**. Moving rearwardly from forward end **16**, a triangular portion **18** tapers down to a flat portion **20** that is connected to a semi-cylindrical portion **22**. These areas of the tool are used to install a folded washer.

The main body of the tool **10** includes a cylindrical mid region **24** that has a diameter of less than the threads of the blind bolt **40**. The cylindrical mid region **24** extends from a cylindrical rear portion **26** having a diameter that is greater than the threaded portion of the blind bolt **40**. A handle **28** extends in a direction perpendicular to the rear portion **26**, and a hex key **32** is disposed on the rear most end of the tool **10**. The hex key **32** includes a shaft (not shown) that extends down the center of the rear portion **26** and is firmly mounted therein. As the hex key **32** extends away from the rear portion **26**, a bend **30** is provided so that the end of the hex key **32** is offset from the center of the tool **10** and is oriented in a direction perpendicular to the length of the tool **10**.

The entire tool **10** is made from high-tensile steel (for example, 4140 steel alloy) suitable for the manufacture of tools and demanding environments. The hex key **32** is constructed of a material that is also high-strength and hard. The hex key **32** may be constructed of the material that is stronger than the tool **10** because the hex key **32** will be repeatedly exposed to high torque and wear conditions. Preferably a ⅜ inch hex key is used, but other types of keys could be used as well, such as other polygon shapes, flat screw driver sockets, Philips head sockets, etc.

The dimensions of the tool will be described but should not be interpreted as limiting. The length of the tool **10** from the round tip **34** to the rear end of the rear portion **26** is 13.5 inches, and the diameter of mid region **24** is a 0.665 inches. The distance from the tip **34** to the rear region **26** is 9 inches. The threads **14** are ½ inch diameter threads (nominal major diameter) at a pitch of 13 threads per inch UNC (coarse

6

threads). The width of flat member **20** is 0.100 inch. The diameter of the guide **12** is 0.362 inch and its overall length is 0.550 inch. These dimensions may change depending upon the application for the tool and the bolt. Likewise, the dimensions of the bolt will change depending on the application.

Referring to FIGS. **4-6**, a blind bolt **40** is shown that is used with the tool **10** described above. The bolt **40** includes a bolt head **44** with a round dome **42**. A smooth shaft **46** extends away from the bolt head **44** and transitions into a threaded shaft **48**. On the tip end of the bolt **40**, the threads **48** transition into a smooth cylindrical surface **50** forming the tip end **49** of the bolt **40**. A receiver **55** is formed in the tip end **49** and includes an outward end that is threaded with inner threads **53**. The inward end of the receiver **55** is a polygon socket **52**, preferably a hexagon socket **52** having a width from flat to flat of 0.375 inches. The depth of the receiver **55**, as shown, is 0.590 inches, and the threads **53** are ½ inch-13 threads per inch UNC.

Referring to FIG. **6**, an end view of the bolt **40** is shown. In this view, lock serrations **54** are shown on the underside of the bolt head **44**. Also, it may be seen that the maximum diameter of the hex head **52** is smaller than the minimum diameter of the threads **53**.

In operation, the process of mounting the blind bolt **40** through a hole to a structure begins by mounting nuts and washers on the mid region **24**. Applying these items from the tip **12**, a nut **64** is first placed on the tool **10**, then a solid washer **66**, and finally a folded washer **68** is placed on the tool **10**. The nut **64** and the solid washer **66** are disposed on the mid region **24** adjacent the rear region **26**. The folded washer **68** is mounted on the regions **20** and **22** of the tool **10**. Next, the tip **12** is inserted into the receiver **55**. The tip **12** is dimensioned to fit within the hex socket **52**. The rounded point **34** helps provide an initial alignment of the tip **12** with the receiver **55**. As the tip **12** continues to move forward it begins to align the tool **10** as it passes through the threads **53**. When the tip **12** enters the hex socket **52**, it fits snugly, and thus the interaction between the tip **12** and the hex socket **52** quickly and precisely aligns the tool **10** with the bolt **40**. When the threads **14** engage the threads **53**, the tool and the bolt are already aligned and it would be difficult if not impossible to cross thread the threads **14** and **53**. With approximately a one half turn of the tool **10**, the threads **14** and **53** tighten and secure the bolt **40** to the tool **10**.

With the bolt **40** mounted on the tool **10** a user is ready to begin the process of inserting the bolt **40** into a structure **70**, as shown generally in FIGS. **10-19**. First, the bolt head **44** is passed through a hole **72** in the structure **70**. The tool **10** is continued forward until a folded washer **68** disposed on the regions **20** and **22** is pushed completely through the hole **72**. Then the folded washer **68** is unfolded and the bolt head **44** is moved against the folded washer **68** to pinch the washer against an inside surface of the structure **70**. Thus, the bolt head **44** is captured within the structure. At this point, a washer **66** and nut **64** are moved from the tool **10** onto the threaded shaft **48**. As the nut **64** is tightened on the shaft **48** eventually it will tighten to a point where the bolt will tend to rotate. Doing so will unscrew the threads **14** and **33**. Once those threads are loosened, the tool **10** is quickly removed from the bolt **40** and the hex key **32** is inserted into the hex socket **52**. In this configuration, the entire length of the tool **10** may be used as a lever to apply a torque to the bolt **40** while the nut **64** is tightened on the threaded shaft **48** with a wrench. Once a sufficient force or torque has been applied to the nut **64**, the hex key **32** is removed from the hex socket **52** and the process is complete.

US 10,018,212 B1

7

From the above discussion, it will be appreciated that the disclosed tool **10** is fast, durable, lightweight, easy to operate and strong. The guide tip **34** makes it easy for the user to place the bolt **40** on the tool **10** and create proper alignment. The coarse threads on the tool **10** and the bolt **40** make it quick and easy to securely join the bolt **40** to the tool **10**. The hex key **32** and hex socket **52** allow the tool **10** to be reconnected to the bolt **40** in six different positions or orientations and allows the overall length of the tool **10** to be used as a lever when applying torque to the bolt **40**. These advantages are most useful in demanding environments. For example a worker at high elevations on a cell tower may conveniently use the tool **10** and bolt **40** to secure equipment and structures to the tower.

Now, with reference to FIG. **7**, in certain embodiments, the tool **10** may be provided with a bolt **40** having a sleeve **60** and a spring **62**. The spring **62** may be spot welded, glued or otherwise adhesively secured to the sleeve **60**. In some embodiments the spring **62** may be separate from the sleeve **60**, but positioned to perform the same function as described below. For example, in an alternative embodiment, one end of the shear sleeve **60** may include a flange **74** or other similar structure which functions as a spring retainer. An end of the spring **62** is fitted over this flange **74** so that the spring is thereby fastened to the shear sleeve **60** by the flange **74**, without the need for welds, glues, or other adhesives.

The metallic sleeve **60** and spring **62** are preferably galvanized, powder coated or otherwise made rust proof. In combination, the sleeve **60** and spring **62** form a spring-loaded shear sleeve that may be used to protect the bolt **40** against sheer forces present when adjacent plates of the structure **70** shift with respect to one another. The spring **62** acts as a spring positioner because it positions the sleeve **60** within a bore or hole at the seam or interface of two plates. As shown in FIGS. **8** and **9**, the sleeve **60** and spring **62** may be inserted onto the blind bolt between the folded washer **68** and the solid washer **66**. Preferably, the spring **62** and sleeve **60** are sized so that they contact the inward facing surfaces of the folded and solid washers **66**, **68**. The inside diameter of the sleeve **60** and spring **68** are sized slightly larger than the outer diameter of the threads of the blind bolt **40** so that the sleeve **60** and spring **68** slide easily onto the bolt **40**.

As shown best in FIG. **9**, when a bolt **40** is inserted into a structure **70** having adjacent plates P, one plate may sometimes shift position with respect to the other plate, thereby causing a shearing force. This shearing force may cause the bolt **40** to be damaged or to fail entirely. Accordingly, the spring-loaded shear sleeve acts to protect the bolt **40** against these shear forces. In particular, the sleeve **60** is configured to surround the bolt **40** and to straddle the intersection between the two adjacent plates P.

If a sleeve **60** were placed over the bolt **40** by itself, it may not be correctly located within the hole or bore (i.e., straddling the intersection of the plates) to protect the bolt **40**. One reason for this is that the sleeve **60** might slide to the opposite end of the bolt **40** where it no longer straddles the intersection. One reason that the sleeve **60** may not be correctly positioned is that the thickness of plates may vary from one application to the next and, for thicker plates the sleeve might slide to the opposite end of the bolt where it no longer straddles the intersection. For this reason, the spring **62** contacts one washer and causes the sleeve **60** to be pressed against the opposite washer. As long as the sleeve **60** is sufficiently long to extend from the inside of that washer to the intersection, it will be automatically located in the correct location when the spring **62** and sleeve are compressed between the washers **66**, **68**.

8

FIG. **9** further illustrates the use of a squirter washer **76** (sometimes referred to as a direct tension indicator washer) in connection with a blind bolt **40** and sleeve and spring. The squirter washer **76** includes embedded silicone that squirts out of the washer when the desire amount of torque is applied to the washer **76**.

With further reference to FIGS. **8** and **9**, the overall blind bolt assembly **80** for fastening a blind bolt **40** in a hole **72** in a structure **70** having only one accessible side may be seen. The overall assembly **80** includes the blind bolt **40**, a foldable split washer **68**, a shear sleeve **60**, a spring **62**, a flat washer **66**, a direct tension indicator washer **76** and a nut **64**. The assembly may also optionally include a lock washer. Each of the washers **66**, **68**, **76**, the shear sleeve **60**, and the spring **62** are coaxially disposed about the bolt shaft **46**. A portion of the flat washer **66** and folded washer **68** may extend partially into the hole **72** in the structure **70** in order to center the washers on the bolt **40** and within the hole. The nut **64** is threaded onto the bolt shaft **46**. As seen in FIG. **9**, when the blind bolt assembly **80** is attached to the structure **70**, the bolt **40** extends through a hole in the structure. The bolt head **44** and the foldable split washer **68** are disposed on an inaccessible side of the structure. At least a portion of the shear sleeve **60** and the spring **62** are disposed within the hole in the structure. Finally, the nut **64** and the at least one non-folding washer are disposed on an accessible side of the structure **70**.

FIGS. **10-19** illustrate one embodiment of a blind bolt including a spring positioner being inserted into a structure in the manner described above. As seen in FIGS. **10** and **11**, a blind bolt **40**, along with other components of the blind bolt assembly **80** are attached to the tool **10**. The spring **62** and shear sleeve **60** are then positioned on the tool **10**. The foldable split washer **68** is also folded and positioned on the tool **10**, as may be seen in FIGS. **12-14**. The bolt **40** is then inserted into a hole **72** in the structure **70**. First, the bolt head **44** is passed through the hole **72**, as shown in FIG. **15**. The tool **10** is continued forward until a folded washer **68** disposed on the regions **20** and **22** (FIG. **1**) is pushed completely through the hole **72**, as seen in FIG. **16**. Then, the folded washer **68** is unfolded and the bolt head **44** is moved against the folded washer **68** to pinch the washer against the structure **70**. The shear sleeve **60** and spring **62** are also inserted into the hole **72**, as shown in FIG. **17**. Lastly, the non-folding washers **66**, **76** are moved from the tool **10** onto the bolt **40**, as shown in FIG. **18**, and the nut **64** is threaded onto the bolt and tightened as shown in FIG. **19**.

In an alternative embodiment of the present disclosure, a blind bolt **140** adapted for tightening using a tension control wrench instead of the hex wrench discussed previously may be used. Similar to the blind bolt **40** discussed above, and as shown in FIGS. **20** and **21**, the blind bolt **140** includes a bolt head, a bolt shaft extending from the bolt head to a tip end **149** of the shaft, bolt threads **148** formed on the bolt shaft, and a receiver **155** formed in the tip end of the bolt shaft. The receiver **155** has an outward end disposed proximate to the tip end **149** of the bolt shaft and an inward end disposed within the bolt shaft toward the bolt head from the tip end. In addition, the blind bolt **140** also includes receiver threads formed proximate the outward end of the receiver **155** and a driven structure formed in the inward end of the receiver. In addition, according this embodiment, the blind bolt **140** also includes a plurality of splines **182** formed on an outer surface of the tip end **149**, which are configured to engage with an inner socket of a tension control wrench. Moreover, the tip end **149** of the bolt shaft is configured to break or

US 10,018,212 B1

9

shear away from the bolt **140** when a predetermined amount of torque is applied to the plurality of splines **182** on the tip end **149**, as seen in FIG. **21**.

Thus, the final tightening of the nut on the blind bolt **140** may be accomplished using a tension control wrench, which includes both an inner socket which engages with the splines **182** of the tip end **149** and an outer socket which engages not threaded onto the bolt. A torque is applied to the nut by the outer socket while the inner socket holds the splines **182** of the tip end **149** stationary, or applies an opposite torque, thus tightening the nut on the blind bolt. When a predetermined amount of torque is applied, the tip end **149** of the bolt **140** shaft will shear away from the bolt. In this manner, a plurality of blind bolts and nuts may be tightened to a more consistent and uniform torque.

In a variation of the above embodiment, the nut may be tightened on the blind bolt without breaking away the tip end **149**. In this variation, a tension control wrench is used that slips when a predetermined amount of torque is applied between the inner socket and the outer socket. When the nut is tightened, the tension control wrench applies a torque to the nut using the outer socket and applies an opposite torque to the splined tip end **149** with the inner socket. The applied torque will increase until the predetermined amount of torque is applied between the inner and outer sockets. Then, the wrench will begin to slip and will not increase the amount of torque. Thus, a predetermined torque is applied to the nut, and assuming the predetermined amount of torque is less than the breakaway torque of the tip, the tip will not be sheared away by the tension control wrench. In this embodiment, the blind bolt could be removed by using the tension control wrench to apply opposite torques using the inner and outer sockets. Thus, theoretically, the blind bolt could be easily removed, inspected and reused or replaced. However, one advantage of the breakaway tip would be lost. When a blind bolt is observed with the tip broken away, an inspector can be assured that the proper torque was applied to the nut when the bolt was installed. If the tip is not broken away, an inspector loses that assurance.

Referring now to FIGS. **22a** and **22b**, there is shown two views of a reinforcement plate **202** mounted on a pole **200** illustrating another aspect of the present invention. FIG. **23a** is an isometric three-dimensional view, and FIG. **23b** is a somewhat diagrammatic side elevation, cross sectional view. The reinforcing plate **202** is held to the pole **200** by blind bolts **204**, and a shim **208** is positioned between the plate **202** and the pole **200** to ensure that the plate **202** remains relatively straight even if the pole **200** has variations in its surface configuration. The shim **208** includes a breakaway tab **210** that is held by the user to insert the shim **208** into place. In addition, the shim **208** includes a slot **212** that is dimensioned to encompass and surround the blind bolt **204** once the shim is inserted fully into position behind the plate **202**.

As best shown in FIG. **23**, the pole **200** is constructed in two parts, namely, pole **200a** and pole **200b**. Pole **200a** is disposed on the exterior of pole **200b** and thus the poles **200a** and **200b** have a slightly different diameter. The outside diameter of **200a** is equal to the inside diameter of **200b**, and thus there is a surface irregularity at the intersection **200c** of the two poles **200a** and **200b**. Because of the surface irregularity at the intersection **200c**, a gap **206** is formed between the plate **202** and the pole **200b**. To maintain the straight shape of the plate **202**, a shim **208** is placed into the gap **206**. By using the shim **208** in one or more gaps between the plate **202** and the pole **200b**, the appearance of a straight reinforcing plate **202** is created. In reality, the

10

reinforcing plate must bend slightly to conform to the overall shape of the pole **200**, but the shims create a gradual bend in the plate **202** which is less objectionable. Thus, the plate **202** will appear straight or less wavy than would otherwise be possible without the shims **208**.

A cross-sectional view of the blind bolt **204** utilizing the shim **208** is shown in FIG. **23**. In this view, it may be appreciated that the blind bolt **204** is assembled in a manner previously described with respect to prior embodiments with a folded washer **68** disposed on the interior of the pole **200a** and a solid washer **66** disposed on the bolt **204** on the exterior side of the plate **202**. A nut **64** is threaded onto the bolt **200** to hold the entire assembly in place. In this view, the sheer sleeve **60** is disposed at the intersection of the plates **200a** and **200b** and at the intersection of plate **200a** and the reinforcing plate **202**, and thus the sheer sleeve **60** will resist and absorb shear forces between the various structures at the aforementioned intersections. In particular, any shear movement of the plate **202** with respect to the pole **200a** will be resisted by the sheer sleeve **60**. The spring **62** will initially position the sheer sleeve **60** into a proper position for resisting shear forces, and it will hold the sheer sleeve **60** in proper position throughout the life of the structure.

In this view, it may be appreciated that the shim **208** occupies a gap **206** that is formed between the reinforcing plate **202** and the pole **200b**. Without the shim **208**, the bolt **204** would tend to bend the reinforcing plate **202** slightly at the point of intersection **200c** between the poles **200a** and **200b**. In addition, more bolts **204** would be placed through the pole **200b** and the plate **202** at positions below the bolt **204** shown in FIG. **23**. Each additional bolt **204** through the gap **206** will also be placed with a shim **208** in the gap **206** so that the pressure applied by the bolts will not tend to bend the reinforcing plate **202** and create a wavy or bent shape. The shims **208** will allow the plate **202** to gradually conform to the overall shape of the pole **200** without giving the appearance of being wavy or bent.

In FIGS. **24-27** the shim **208** is being installed on the exterior surface of a pole **200a** adjacent to the interior of a reinforcement plate **202**. In these views, the tip end **149** of the blind bolt **204** is visible with the nut **64** securing the bolt **204** to the plate **202**. In FIG. **24**, the shim **208** is shown immediately after its left edge is first inserted beneath the plate **202** in the gap **206** shown in previous drawings. The slot **212** is aligned with the bolt **204** so that the slot **212** will slide over and encompass the bolt as previously described. In FIG. **25**, the shim **208** has been moved to the left and the slot **212** has now begun to encompass the bolt **204**. The shim **208** is held in position by a user who is grasping the tab **210**. In FIG. **26**, the shim **208** has been completely inserted behind the plate **202** and only the tab **210** remains visible. When the plate is in the position shown in FIG. **26**, the nut **64** is tightened at least enough to firmly secure the shim **208** in place. Then, the tab **210** is bent forward and back to weaken the metal attaching the tab **210** to the shim **208** until it breaks cleanly in a line formed by the right-hand edge of the shim **208**. As will be described hereafter, the tab **210** includes a weakened structure extending along a line defined by the edge of the shim **208**. This weakened structure may be a score or a crease. After the tab **210** is moved forward and backwards until it breaks, the shim **208** will be firmly secured in position behind the plate **202** with no portion of the shim being visible in the plan views shown in FIG. **27**.

The shim **208** may be constructed in different sizes and different thicknesses depending upon the particular application. The dimensions of various exemplary shims **208** will

US 10,018,212 B1

11                                                                    12

be described but should not be interpreted as limiting. The
shims **208** are generally square in shape and may have
dimensions ranging from 4 by 4 inches to 8.5 by 8.5 inches.
The slot **212** of the shims **208** has an opening width of about
1.118 inches and a depth that ranges from about 2.59375
inches to about 4.84375 inches. The tabs **210** of the shims
**208** are approximately 1.188 inches wide and about 1.188
inches to about 2.188 inches long. Larger shims **208** pref-
erably have larger tabs **210**. In the embodiment shown in
FIGS. **24-27**, the shim **208** has a thickness of about 1⁄16 inch,
but the shims may have a variety of thicknesses depending
upon a particular application. The material of the shims **208**
may also change depending upon the application. In the case
of a cell tower application, the preferred material is galva-
nized steel. However, the shims may also be constructed of
brass, copper, aluminum, stainless steel, rust resistant steel
and other metals. In some applications, nonconductive non-
metallic materials may be preferred such as nylon, polyester,
polypropylene, other polymers, rubber and synthetic rubber.

A particularly useful feature of the shim **208** is a weak-
ened structure **214**, which is disposed along a line that is
co-linear with the right edge of the shim **208** as shown in
FIGS. **24** and **25**. The weakened structure **214** may be a
score, a crease, a crimp, perforations or some other weak-
ening structure. The weakened structure **214** assists in the
removal of the tab **210** once the shim **208** is properly held
in place by compression between plates, for example. When
the tab **210** is moved forward and backwards along a line of
rotation through the weakened structure **214**, fatigue rapidly
causes the tab to break away from the shim **208**. Thus, the
tab **210** functions to assist the user in holding and position-
ing the shim **208** during installation and then easily breaks
away so that the exterior appearance of the overall structure
remains pleasing and uncluttered.

The foregoing description of preferred embodiments for
this invention has been presented for purposes of illustration
and description. It is not intended to be exhaustive or to limit
the invention to the precise form disclosed. Obvious modi-
fications or variations are possible in light of the above
teachings. The embodiments are chosen and described in an
effort to provide the best illustrations of the principles of the
invention and its practical application, and to thereby enable
one of ordinary skill in the art to utilize the invention in
various embodiments and with various modifications as are
suited to the particular use contemplated. All such modifi-
cations and variations are within the scope of the invention
as determined by the appended claims when interpreted in
accordance with the breadth to which they are fairly, legally,
and equitably entitled.

What is claimed is:

**1**. A blind bolt for extending through a cylindrical hole,
the hole having a diameter and a length, the hole extending
through a first metal member and second metal member with
a surface formed on the second member adjacent the hole,
the blind bolt comprising:

a blind bolt head having a diameter that is smaller than the
diameter of the hole;

a threaded blind bolt shaft extending from the blind bolt
head and having a length greater than the length of the
hole;

a folding washer being foldable along a fold line and
being disposed on the bolt shaft between the bolt head
and the surface on the second member and contacting
the surface along substantially all of a circumference of
the hole except along the fold line, the folding washer
having a folded configuration with a diameter smaller
than the diameter of the hole and configured such that

it may pass through the hole and having an unfolded
configuration with a diameter greater than the diameter
of the hole and configured such that it may not pass
through the hole;

a shear sleeve disposed on the blind bolt shaft proximate
the folding washer and having a length dimension
sufficient to extend from the washer, through the sec-
ond metal member and into the first metal member;

a spring disposed on the blind bolt shaft adjacent to the
shear sleeve;

a washer disposed on the blind bolt shaft adjacent to the
spring and adjacent to the first member;

a nut threaded on the blind bolt shaft adjacent to the
washer,

the spring and the shear sleeve having a combined length
that is greater than the length of the hole so that when
the sleeve and spring are positioned within the hole and
the nut is tightened, the spring is in compression.

**2**. A blind bolt comprising:

a blind bolt head having a diameter;

a threaded blind bolt shaft extending from the blind bolt
head to a blind bolt tip;

a folding washer having a folded configuration and an
unfolded configuration and folding along a fold line,
the folding washer having a hole in the unfolded
configuration, the hole being sized to fit around the bolt
shaft, the folding washer being disposed in an unfolded
configuration on the bolt shaft adjacent the bolt head,

a washer disposed on the blind bolt shaft;

a shear sleeve and a spring disposed on the blind bolt shaft
between the washer and the folding washer, the shear
sleeve having an end engaging an end of the spring
such that the spring may be compressed against the
shear sleeve by the washer and folding washer to
thereby position the shear sleeve on the bolt; and

a nut threaded on the blind bolt shaft adjacent to the
washer such that the nut may be tightened to compress
the shear sleeve and spring between the washer and
folded washer.

**3**. The blind bolt of claim **2** wherein the shear sleeve is
positioned adjacent the folded washer in the unfolded con-
figuration on the blind bolt shaft.

**4**. A method for reinforcing a tower having a wall with a
thickness, comprising:

providing a blind bolt, the blind bolt comprising:

a blind bolt head having a diameter;

a threaded blind bolt shaft extending from the blind bolt
head to a blind bolt tip;

a folding washer having a folded configuration and an
unfolded configuration,

the folding washer having a hole in the unfolded
configuration sized to fit around the bolt shaft, the
folding washer being disposed in an unfolded
configuration on the bolt shaft adjacent the bolt
head,

a washer disposed on the blind bolt shaft;

a shear sleeve and a spring disposed on the blind bolt
shaft between the washer and the folding washer, an
end of the shear sleeve engaging an end of the spring
such that the spring may be compressed against the
shear sleeve by the washer and folding washer to
thereby position the shear sleeve on the bolt; and

a nut threaded on the blind bolt shaft adjacent to the
washer such that the nut may be tightened to com-
press the shear sleeve and spring between the washer
and folded washer;

attaching the blind bolt tip to a tool;

US 10,018,212 B1

13

14

moving the folding washer, shear sleeve, spring, washer and nut from the blind bolt shaft to the tool;

providing a reinforcing plate adjacent a wall of the tower and providing a hole extending through the reinforcing plate and the wall of the tower;

inserting the blind bolt and the washer through the hole using the tool;

unfolding the washer and positioning the unfolded washer adjacent the wall using the tool;

moving the shear sleeve and spring into the hole;

moving the washer and nut onto the blind bolt shaft and tightening the nut against the washer and the reinforcing member;

providing the spring and the shear sleeve with a combined length greater than the length of the hole through the wall and the reinforcing plate so that the spring is compressed when the nut is tightened and the spring forces the shear sleeve into a position on the blind bolt shaft within the hole;

removing the tool from the tip of the blind bolt shaft.

**5**. The method of claim **4** wherein the step of tightening the nut comprises tightening the nut while the tool is attached to the tip and further tightening the nut to a desired torque after the tool is removed from the tip.

**6**. The method of claim **4** wherein the first step of providing the blind bolt further comprises providing the blind bolt with the shear sleeve positioned on the blind bolt shaft adjacent to the folded washer.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.            : 10,018,212 B1                                      Page 1 of 1
APPLICATION NO.   : 14/957934
DATED                    : July 10, 2018
INVENTOR(S)          : Michael Strange et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page

In Column 1 at the end of item (63), insert -- which is a continuation-in-part of application No. 14/727,021, filed on Jun. 1, 2015, now Patent No. 9,683,593 --, and insert at the end of item (60) -- provisional application No. 62/079,921, filed on Nov. 14, 2014, provisional application No. 62/069,797, filed on Oct. 28, 2014, provisional application No. 62/009,357, filed on Jun. 9, 2014. --



Signed and Sealed this
Eleventh Day of February, 2020

*Andrei Iancu*

Andrei Iancu
*Director of the United States Patent and Trademark Office*