Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
LT PACIFIC LAW GROUP LLP
17800 Castleton Street, #560
City of Industry, CA 91748
Telephone: 626-810-7200
Telefax: 626-810-7300

Robert W. McIntyre, pro hac vice
rmcintyre@dhplaw.com
Thomas A. Barni, pro hac vice
tbarni@dhplaw.com
DINN, HOCHMAN & POTTER, LLC
5910 Landerbrook Drive, Suite 200
Mayfield Heights, OH  44124
Telephone: 440-446-1100
Telefax: 440-446-1240

Attorneys for Defendants,
ACME OPERATIONS PTY. LTD., dba
AJAX ENGINEERED FASTENERS;
and IRA SVENDSGAARD & ASSOCIATES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLFASTENERS USA, LLC, an Ohio limited liability company,<br><br>                Plaintiff,<br><br>        vs.<br><br>ACME OPERATIONS PTY. LTD., dba AJAX ENGINEERED FASTENERS; and IRA SVENDSGAARD & ASSOCIATES,<br><br>                Defendants. | Case No. 2:18-cv-06929 JAK (RAOx)<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION RE PLAINTIFF'S FAILURE TO SUBSTANTIATE OR PROVE ALLEGED DAMAGES per Fed.Civ. R.37 and Fed.Civ. R.26**<br><br>Date: 1/11/2021; 8:30 am |

Defendant Ira Svendsgaard and Associates Inc. ("ISA"), by and through counsel;  respectfully give notice that on January 11, 2021, 8:30 am docket, or any time thereof the Court is willing, will move for an order/decree that Plaintiff failed to prove non-speculative damages claims, even if infringement is found.

This motion is supported by the currently filed Memorandum with supporting exhibits, and records of this case already in the Court's docket.

This Motion is filed in conformance with Local Rule 7.3 as counsel for Defendant conferred with counsel for Plaintiff prior to the submission hereof.

Dated:  June 22, 2020

Respectfully Submitted,


/s/ Robert W. McIntyre
Robert W. McIntyre (0006768)
Thomas A. Barni (0064555)
Dinn, Hochman & Potter, LLC
5910 Landerbrook Drive, #200
Cleveland, Ohio  44124

---

Defendant ISA's Notice of Motion and Motion for MSJ re Failure to Prove Damages

## **PROOF OF SERVICE**

The undersigned certifies that the foregoing <u>Notice of Motion and Motion for Summary Adjudication re Plaintiff's Failure to Substantiate or Prove Alleged Damages</u> was filed electronically in compliance with Local Rule 5 – 3.3 and Federal Rules of Civil Procedure.   As such, this document was served on all counsel deemed to have consented to electronic service.  Local Rule 5 – 4.1.3.All other counsel of record or per se parties not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, as identified below:

NONE.

On this 22nd  day of June, 2020

<u>/s/ Robert W. McIntyre</u>
Robert W. McIntyre (0006768)

---