# Exhibit B

**Exhibit B**

**( NO REDACTED VERSION AVAILABLE )**