Michael J. Bradford, *pro hac vice*
MBradford@Luedeka.com
Andrew S. Neely, *pro hac vice*
ANeely@Luedeka.com
LUEDEKA NEELY GROUP, P.C.
P.O. Box 1871
Knoxville, TN 37901-1871
Telephone: (865) 546-4305
Telefax: (865) 523-4478

Attorneys for Plaintiff,
ALLFASTENERS USA, LLC

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLFASTENERS USA, LLC, an Ohio limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ACME OPERATIONS PTY., LTD. d/b/a AJAX ENGINEERED FASTENERS, an Australian corporation; and IRA SVENDSGAARD & ASSOCIATES, a California corporation,<br><br>Defendants. | Case No.:   2:18-cv-06929 JAK (RAOx)<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

Pursuant to the Order Vacating Dates and Staying the Case [Doc. 241], the parties submit this joint status report concerning their efforts to finalize settlement of this proceeding. The parties have exchanged a formal settlement agreement and proposed revisions. The parties are currently working to finalize a few issues and anticipate reaching

a final agreement this week, but do not anticipate being able to file a stipulated dismissal today. The parties respectfully request a one-week extension of time to file a stipulation of dismissal, until May 16, 2022.

May 9, 2022  LUEDEKA NEELY GROUP, P.C.

/s/Michael J. Bradford/
Michael J. Bradford *(pro hac vice)*

Attorneys for Plaintiff


DINN, HOCHMAN & POTTER, LLC

/s/Robert W. McIntyre
Robert W. McIntyre
rmcintyre@dhplaw.com
Thomas A. Barni, Esq.
tbarni@dhplaw.com
DINN, HOCHMAN & POTTER, LLC
5910 Landerbook Drive, Suite 200
Mayfield Heights, OH  44124
Telephone: 440-446-1100
Telefax: 440-446-1240

Jen-Feng Lee, Esq.
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., Esq.
ktanji@ltpacificlaw.com
LT PACIFIC LAW GROUP LLP
17800 Castleton Street, #560
City of Industry, CA  91748
Telephone: 626-810-7200
Telefax: 626-810-7300

Attorneys for Defendant

## PROOF OF SERVICE

I am over the age of eighteen (18) years, employed in the County of Knox, and not a party to the above-entitled action. My business address is 900 S. Gay Street, Suite 1504, Knoxville, Tennessee 37902.

On May 9, 2022, I served:

## JOINT STATUS REPORT

to be sent by ECF electronic mail to the following:

Jen-Feng Lee, Esq.
Jflee@ltpacificlaw.com
Kennth K. Tanji, Jr., Esq.
ktanji@ltpacificlaw.com
LT PACIFIC LAW GROUP LLP
17800 Castleton Street, #560
City of Industry, CA 91748
Telephone: 626-810-7200
Telefax: 626-810-7300

Robert W. McIntyre, Esq.
rmcintyre@dhplaw.com
Thomas A. Barni, Esq.
tbarni@dhplaw.com
DINN, HOCHMAN & POTTER, LLC
5910 Landerbrook Drive, Suite 200
Mayfield Heights, OH 44124
Telephone: 440-446-1100
Telefax: 440-446-1240

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am an attorney of record for the defendant in this case.

Executed on May 9, 2022, at Knoxville, Tennessee.

/s/ Michael J. Bradford
Michael J. Bradford