Michael J. Bradford, *pro hac vice*
MBradford@Luedeka.com
Andrew S. Neely, *pro hac vice*
ANeely@Luedeka.com
LUEDEKA NEELY GROUP, P.C.
P.O. Box 1871
Knoxville, TN 37901-1871
Telephone: (865) 546-4305
Telefax: (865) 523-4478

Attorneys for Plaintiff,
ALLFASTENERS USA, LLC

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLFASTENERS USA, LLC, an Ohio limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ACME OPERATIONS PTY., LTD., an Australian corporation; and IRA SVENDSGAARD & ASSOCIATES, a California corporation,<br><br>Defendants. | Case No.:   2:18-cv-06929 JAK (RAOx)<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff, Allfasteners USA, LLC, and Defendant, Ira Svendsgaard & Associates, Inc., have entered into a Settlement Agreement in resolution of the above-captioned

proceeding.[1]   Pursuant to the Settlement Agreement, the parties hereby stipulate to the dismissal of all claims and counterclaims asserted in this proceeding, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

May 16, 2022                            LUEDEKA NEELY GROUP, P.C.

/s/Michael J. Bradford/
Michael J. Bradford *(pro hac vice)*
Attorneys for Plaintiff


DINN, HOCHMAN & POTTER, LLC

/s/Robert W. McIntyre
Robert W. McIntyre
rmcintyre@dhplaw.com
Thomas A. Barni, Esq.
tbarni@dhplaw.com
DINN, HOCHMAN & POTTER, LLC
5910 Landerbook Drive, Suite 200
Mayfield Heights, OH  44124
Telephone: 440-446-1100
Telefax: 440-446-1240

Jen-Feng Lee, Esq.
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., Esq.
ktanji@ltpacificlaw.com
LT PACIFIC LAW GROUP LLP
17800 Castleton Street, #560
City of Industry, CA  91748
Telephone: 626-810-7200
Telefax: 626-810-7300

Attorneys for Defendant

---

[1] Defendant Acme Operations Pty. Ltd. was statutorily liquidated under Australian law on December 31, 2019, and thereafter ceased participation in this action.

## PROOF OF SERVICE

I am over the age of eighteen (18) years, employed in the County of Knox, and not a party to the above-entitled action. My business address is 900 S. Gay Street, Suite 1504, Knoxville, Tennessee 37902.

On May 16, 2022, I served:

## JOINT STIPULATION OF DISMISSAL

to be sent by ECF electronic mail to the following:

Jen-Feng Lee, Esq.
Jflee@ltpacificlaw.com
Kennth K. Tanji, Jr., Esq.
ktanji@ltpacificlaw.com
LT PACIFIC LAW GROUP LLP
17800 Castleton Street, #560
City of Industry, CA  91748
Telephone: 626-810-7200
Telefax: 626-810-7300

Robert W. McIntyre, Esq.
rmcintyre@dhplaw.com
Thomas A. Barni, Esq.
tbarni@dhplaw.com
DINN, HOCHMAN & POTTER, LLC
5910 Landerbrook Drive, Suite 200
Mayfield Heights, OH  44124
Telephone: 440-446-1100
Telefax: 440-446-1240

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am an attorney of record for the defendant in this case.

Executed on May 16, 2022, at Knoxville, Tennessee.

/s/ Michael J. Bradford
Michael J. Bradford